IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-cr-119-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| EVA MARIE NIEVES | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on November 8, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 982(a)(2)(B), based upon the defendant pleading guilty to 18 U.S.C. § 1028(a)(3), 1028(b)(2) and 2, and agreeing to the forfeiture of the property listed in the November 8, 2011 Preliminary Order of Forfeiture, to wit: (a) $34,190.00 in United States Currency seized by the U.S. Department of State Diplomatic Security Service on March 18, 2012 and (b) Money Orders payable to Eva Nieves totaling $7,090.00.;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between February 4, 2012 and March 4, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's November 8, 2011 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the November 8, 2011 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 3rd of day May, 2012.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE